UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEAT LAND, INC., a California corporation, also known as William J. Mouren Farming, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS 66 PIPELINE, LLC, a Delaware limited liability company, CONOCOPHILLIPS, a Delaware corporation,<br><br>Defendants. | No. 1:19-cv-001198-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT CONOCOPHILLIPS**<br><br>(Doc. 7) |

On October 16, 2019, Plaintiff filed a Notice of Voluntary Dismissal dismissing without prejudice only the claims against Defendant ConocoPhillips. (Doc. 7.)

In relevant part, Rule 41(a)(1)(A) provides:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed this notice before ConocoPhillips served an answer or a motion for summary judgment. Thus, pursuant to Rule 41(a)(1)(A)(i), Plaintiff has voluntarily dismissed this matter, without prejudice, as to Defendant ConocoPhillips. Accordingly, the Clerk of Court is directed to TERMINATE Defendant ConocoPhillips.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated: **October 17, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE