| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | ADAM FRIEDENBERG, Bar No. 205778 |
| | MORGAN K. LOPEZ, Bar No. 215513 |
| 3 | One Walnut Creek Center |
| | 100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 210-2800 |
| 5 | Facsimile: (925) 945-1975 |
| | Email: cglynn@glynnfinley.com |
| 6 | Email: afriedenberg@glynnfinley.com |
| | Email: mlopez@glynnfinley.com |

Attorneys for Defendant
Phillips 66 Pipeline LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEAT LAND, INC. a California corporation, | Case No. 19-cv-01198-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEFENDANT PHILLIPS 66 PIPELINE LLC'S TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE** |
| vs. | |
| PHILLIPS 66 PIPELINE, LLC, a Delaware limited liability company; CONOCOPHILLIPS, a Delaware corporation; and Does 1 through 100, | (Doc. 10) |
| | Judge: Dale A. Drozd |
| Defendants. | |

STIP. & ORDER EXTENDING P66 PPL TIME TO RESPOND TO COMPLAINT

1 | WHEREAS on August 30, 2019, Plaintiff filed its complaint in this matter (Dkt. No. 1);

WHEREAS defendant Phillips 66 Pipeline LLC ("P66 Pipeline") is scheduled to plead to the complaint on November 18, 2019;

WHEREAS the Court set a Mandatory Scheduling Conference to occur on December 5, 2019 (Dkt. No. 4);

WHEREAS on October 25, 2019, the parties filed a Stipulation and [Proposed] Order Staying Proceedings Pending Disposition of Summary Judgment Motion in Case No 1:18-CV-00404-DAD-BAM (Dkt. No. 9), on which the Court has not yet ruled;

Now, therefore, it is hereby STIPULATED AND AGREED, by and between P66 Pipeline and Plaintiff that for the reasons set for in the stipulation to stay the proceedings P66 Pipeline's time to respond to the complaint is extended by twenty eight (28) days pursuant to Local Rule 144(a). Additionally, the parties request that, in light of this extension, the Court continue the Mandatory Scheduling Conference to January 2, 2020, or a date subsequent thereto that is convenient for the Court.

| Dated: November 15, 2019 | WANGER JONES HELSLEY PC<br>TIMOTHY JONES<br>JOHN P. KINSEY<br>PATRICK D. TOOLE |
|---|---|
| | By  /s/ Patrick D. Toole<br>         Attorney for Plaintiff<br>         Wheat Land, Inc. |
| Dated: November 15, 2019 | GLYNN & FINLEY, LLP<br>CLEMENT L. GLYNN<br>ADAM FRIEDENBERG<br>MORGAN K. LOPEZ |
| | By  /s/ Morgan K. Lopez<br>         Attorneys for Defendant<br>         Phillips 66 Pipeline, LLC |

**ORDER**

Having read and considered the parties' above stipulation extending defendant Phillips 66 Pipeline LLC's time to respond to the complaint and concomitant request to continue the Mandatory Scheduling Conference (Doc. 10), and for good cause shown,

**IT IS ORDERED THAT:**

1. The deadline for Defendant Phillips 66 Pipeline LLC to respond to the complaint is EXTENDED by twenty-eight (28) days pursuant to Local Rule 144(a).

2. The Mandatory Scheduling Conference scheduled for December 5, 2019 is hereby CONTINUED to January 16, 2020, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report by no later than January 9, 2020.

IT IS SO ORDERED.

Dated: **November 19, 2019**          /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE